# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
VALDIVIESO, IVAN S                      §    Case No. 10-73674
VALDIVIESO, SONJA D                     §
                                        §
                    Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2010 . The undersigned trustee was appointed on 07/23/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 36,200.17 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 30.98 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 36,169.19 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/25/2011 and the deadline for filing governmental claims was 03/25/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,370.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,370.02, for a total compensation of $ 4,370.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2011            By: /s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Case 10-73674   Doc 33   Filed 07/22/11   Entered 07/22/11 10:01:23   Desc Main
Document   Page 3 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 10-73674 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VALDIVIESO, IVAN S | Date Filed (f) or Converted (c): | 07/23/10 (f) |
|  | VALDIVIESO, SONJA D | 341(a) Meeting Date: | 09/07/10 |
| For Period Ending: | 07/13/11 | Claims Bar Date: | 03/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 211 Mulberry Lane, Dixon IL 61021 | 136,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Adjacent 1/2 acre lot | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Stillman Bank - checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Select Employee CU - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Select Employee CU - savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Normal complement of household goods | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Wedding rings and misc jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Digital pocket camera | 10.00 | 0.00 | DA | 0.00 | FA |
| 10. Weight set | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Term insurance though employer | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. Protective Life - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. Protective Life - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 14. SERS - employee deferred compensation | 42,500.00 | 0.00 | DA | 0.00 | FA |
| 15. SERS - employee defined benefit pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. American Express - penny stock | 150.00 | 0.00 | DA | 0.00 | FA |
| 17. 1999 Mazda 626 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18. 2001 Chevy Blazer | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 1 dog, 2 cats | 25.00 | 0.00 | DA | 0.00 | FA |
| 20. Orange Lake, FL - timeshare | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 21. Decedent estate (u) | Unknown | 36,197.60 |  | 36,197.60 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 2.57 | FA |
| TOTALS (Excluding Unknown Values) | $198,888.00 | $36,197.60 |  | $36,200.17 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-73674   MLB   Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | VALDIVIESO, IVAN S | Date Filed (f) or Converted (c): 07/23/10 (f) |
| | VALDIVIESO, SONJA D | 341(a) Meeting Date: 09/07/10 |
| | | Claims Bar Date: 03/25/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 08/01/11    Current Projected Date of Final Report (TFR): 08/01/11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-73674 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | VALDIVIESO, IVAN S | Bank Name: | BANK OF AMERICA, N.A. |
| | VALDIVIESO, SONJA D | Account Number / CD #: | *******3370 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 07/13/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/10 | 21 | SONJA VALDIVIESO | DECEDENT ESTATE - CD | 1229-000 | 5,000.64 | | 5,000.64 |
| 12/23/10 | 21 | SONJA VALDIVIESO | DECEDENT ESTATE - CD | 1229-000 | 31,196.96 | | 36,197.60 |
| 12/31/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 36,197.75 |
| 01/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 36,198.67 |
| 02/28/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 36,198.95 |
| 03/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,199.26 |
| 04/29/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,199.55 |
| 05/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,199.87 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 30.98 | 36,168.89 |
| | | 701 POYDRAS ST., STE. 420 | TERM: 06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,169.19 |

```
                        COLUMN TOTALS                      36,200.17      30.98     36,169.19
                        Less: Bank Transfers/CD's               0.00       0.00
                        Subtotal                           36,200.17      30.98
                        Less: Payments to Debtors                          0.00
                        Net                                36,200.17      30.98
                                                                         NET        ACCOUNT
                        TOTAL - ALL ACCOUNTS           NET DEPOSITS  DISBURSEMENTS   BALANCE
                        Money Market Account (Interest Earn - ********3370    36,200.17   30.98     36,169.19

                                                           36,200.17      30.98     36,169.19

                                                       (Excludes Account  (Excludes Payments  Total Funds
                                                           Transfers)       To Debtors)        On Hand


                                         Page Subtotals   36,200.17      30.98
```

UST Form 101-7-TFR (10/1/2010) (Page: 5)

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-73674 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VALDIVIESO, IVAN S | Bank Name: | BANK OF AMERICA, N.A. |
| | VALDIVIESO, SONJA D | Account Number / CD #: | *******3370 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0355 | | |
| For Period Ending: | 07/13/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-73674 | | Page 1 | | Date: July 13, 2011 |
| Debtor Name: | VALDIVIESO, IVAN S | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,014.00 | $0.00 | $2,014.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $112.70 | $0.00 | $112.70 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $30.98 | $30.98 | $0.00 |
| 000001A 070 7100-00 | Orange Lake Capital Management 8505 W Irlo Bronson Memorial Hwy Kissimmee, FL 34747 | Unsecured | | $561.79 | $0.00 | $561.79 |
| 000002 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $633.91 | $0.00 | $633.91 |
| 000003 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $642.58 | $0.00 | $642.58 |
| 000004 070 7100-00 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | | $9,650.80 | $0.00 | $9,650.80 |
| 000005 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $23,626.15 | $0.00 | $23,626.15 |
| 000006 070 7100-00 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Unsecured | | $10,266.16 | $0.00 | $10,266.16 |
| 000007 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $17,587.78 | $0.00 | $17,587.78 |
| 000008 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,707.23 | $0.00 | $2,707.23 |
| 000009 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $5,531.00 | $0.00 | $5,531.00 |

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-73674 | | Page 2 | | | Date: July 13, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | VALDIVIESO, IVAN S | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $3,031.25 | $0.00 | $3,031.25 |
| 000011 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $702.89 | $0.00 | $702.89 |
| 000012 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $366.00 | $0.00 | $366.00 |
| 000013 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $54.39 | $0.00 | $54.39 |
| 000014 070 7100-00 | Rockford Mercantile Agency Inc 2502 South Alpine Road Rockford Illinois 61108 | Unsecured | | $1,229.32 | $0.00 | $1,229.32 |
| 000015 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,407.04 | $0.00 | $1,407.04 |
| 000016 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,709.22 | $0.00 | $2,709.22 |
| 000001B 050 4110-00 | Orange Lake Capital Management 8505 W Irlo Bronson Memorial Hwy Kissimmee, FL 34747 | Secured | | $7,503.93 | $0.00 | $7,503.93 |
| | Case Totals: | | | $90,369.12 | $30.98 | $90,338.14 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73674
Case Name: VALDIVIESO, IVAN S
           VALDIVIESO, SONJA D
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                         $        36,169.19

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 4,370.02 | $ 0.00 | $ 4,370.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,014.00 | $ 0.00 | $ 2,014.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 112.70 | $ 0.00 | $ 112.70 |

Total to be paid for chapter 7 administrative expenses      $        6,496.72

Remaining Balance                                           $       29,672.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,707.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Orange Lake Capital Management | $ 561.79 | $ 0.00 | $ 206.54 |
| 000002 | Discover Bank | $ 633.91 | $ 0.00 | $ 233.06 |
| 000003 | Discover Bank | $ 642.58 | $ 0.00 | $ 236.25 |
| 000004 | American Infosource Lp As Agent for | $ 9,650.80 | $ 0.00 | $ 3,548.16 |
| 000005 | Chase Bank USA, N.A. | $ 23,626.15 | $ 0.00 | $ 8,686.26 |
| 000006 | US BANK N.A. | $ 10,266.16 | $ 0.00 | $ 3,774.40 |
| 000007 | Chase Bank USA, N.A. | $ 17,587.78 | $ 0.00 | $ 6,466.22 |
| 000008 | Capital Recovery IV LLC | $ 2,707.23 | $ 0.00 | $ 995.32 |
| 000009 | US Bank N.A. | $ 5,531.00 | $ 0.00 | $ 2,033.50 |
| 000010 | US Bank N.A. | $ 3,031.25 | $ 0.00 | $ 1,114.45 |
| 000011 | US Bank N.A. | $ 702.89 | $ 0.00 | $ 258.42 |
| 000012 | US Bank N.A. | $ 366.00 | $ 0.00 | $ 134.56 |
| 000013 | US Bank N.A. | $ 54.39 | $ 0.00 | $ 20.00 |
| 000014 | Rockford Mercantile Agency Inc | $ 1,229.32 | $ 0.00 | $ 451.96 |
| 000015 | GE Money Bank | $ 1,407.04 | $ 0.00 | $ 517.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | GE Money Bank | $ 2,709.22 | $ 0.00 | $ 996.06 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,672.47 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 11)*

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $2,014.00 | $2,014.00 |
| | *Expenses* | $0.00 | $112.70 | $112.70 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $2,014.00 | $2,014.00 |
| | *Expenses* | $0.00 | $112.70 | $112.70 |
| | | $0.00 | $2,126.70 | $2,126.70 |

**Exhibit G**