# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
VALDIVIESO, IVAN S                  §        Case No. 10-73674
VALDIVIESO, SONJA D                 §
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/15/2011 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/13/2011                    By: /s/ Daniel M. Donahue
                                                        Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
VALDIVIESO, IVAN S  §   Case No. 10-73674
VALDIVIESO, SONJA D  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 36,200.17 |
| and approved disbursements of | $ | 30.98 |
| leaving a balance on hand of[1] | $ | 36,169.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 4,370.02 | $ 0.00 | $ 4,370.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,014.00 | $ 0.00 | $ 2,014.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 112.70 | $ 0.00 | $ 112.70 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,496.72 |
| Remaining Balance | | $ | 29,672.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,707.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Orange Lake Capital Management | $ 561.79 | $ 0.00 | $ 206.54 |
| 000002 | Discover Bank | $ 633.91 | $ 0.00 | $ 233.06 |
| 000003 | Discover Bank | $ 642.58 | $ 0.00 | $ 236.25 |
| 000004 | American Infosource Lp As Agent for | $ 9,650.80 | $ 0.00 | $ 3,548.16 |
| 000005 | Chase Bank USA, N.A. | $ 23,626.15 | $ 0.00 | $ 8,686.26 |
| 000006 | US BANK N.A. | $ 10,266.16 | $ 0.00 | $ 3,774.40 |
| 000007 | Chase Bank USA, N.A. | $ 17,587.78 | $ 0.00 | $ 6,466.22 |
| 000008 | Capital Recovery IV LLC | $ 2,707.23 | $ 0.00 | $ 995.32 |
| 000009 | US Bank N.A. | $ 5,531.00 | $ 0.00 | $ 2,033.50 |
| 000010 | US Bank N.A. | $ 3,031.25 | $ 0.00 | $ 1,114.45 |
| 000011 | US Bank N.A. | $ 702.89 | $ 0.00 | $ 258.42 |
| 000012 | US Bank N.A. | $ 366.00 | $ 0.00 | $ 134.56 |
| 000013 | US Bank N.A. | $ 54.39 | $ 0.00 | $ 20.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Rockford Mercantile Agency Inc | $ 1,229.32 | $ 0.00 | $ 451.96 |
| 000015 | GE Money Bank | $ 1,407.04 | $ 0.00 | $ 517.31 |
| 000016 | GE Money Bank | $ 2,709.22 | $ 0.00 | $ 996.06 |

Total to be paid to timely general unsecured creditors     $     29,672.47

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-73674-MB
Ivan S Valdivieso                                                           Chapter 7
Sonja D Valdivieso
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: cbachman            Page 1 of 2              Date Rcvd: Jul 25, 2011
                            Form ID: pdf006           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2011.
```
db/jdb    +Ivan S Valdivieso,    Sonja D Valdivieso,    211 Mulberry Lane,    Dixon, IL 61021-8989
aty        Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty       +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
            Rockford, IL 61108-2582
tr         Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
15890440   AFSCME Mastercard,    PO Box 80027,    Salinas, CA 93912-0027
15890439   Accounts Receivable Mgmt, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
15890441  +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7723
17542566   American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
            Oklahoma City, OK  73124-8840
15890442   Bill Me Later,    PO Box 2394,    Omaha, NE 68103-2394
16677295   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15890443  +Citi,   PO Box 6286,    Sioux Falls, SD 57117-6286
15890446   Firstsource Financial Solutions Inc,    PO Box 025437,    Miami, FL 33102-5437
15890450   GE Money/Dick’s Sporting Goods,    PO Box 981127,    El Paso, TX 79998-1127
15890451 ++++GLENWOOD CENTER,    2721 GLENWOOD CT,    ROCKFORD IL 61101-3599
            (address filed with court:  Glenwood Center,    2823 Glenwood Avenue,    Rockford, IL 61101)
15890452  +HSBC,   PO Box 8873,    Virginia Beach, VA 23450-8873
15890453  +HSBC Card Services,    PO Box 80026,    Salinas, CA 93912
15890454   IC System, Inc,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
15890455  +Infinity Healthcare Physicians,    111 E. Wisconsin Avenue - Ste. 2000,    Milwaukee, WI 53202-4809
15890456  +Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
15890458  +Mutual Management Services,    401 E. State Street, 2nd Floor,    PO Box 4777,
            Rockford, IL 61110-4777
15890459  +NCO Financial Systems, Inc.,    PO Box 4906,    Dept. 64,    Trenton, NJ 08650-4906
15890460  +Ogle County Treasurer Office,    P O Box 40,    Oregon, IL 61061-0040
15890461  +Orange Lake Capital Management,    8505 W Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
15890463  +Rockford Health Systems,    2400 North Rockton Avenue,    Rockford, IL 61103-3655
16985995  +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
15890464   Sears MasterCard,    PO Box 6282,    Sioux Falls, SD 57117-6282
15890465   Slate from Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15890466   Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
15890467  +Swedish American Medical Group,    2550 Charles Street,    PO Box 1567,    Rockford, IL 61110-0067
15890468  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  U.S. Bank,    P.O. Box 1800,    Saint Paul, MN 55101-0800)
16757883  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
            CINCINNATI, OH 45201-5229)
15890469  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,    4801 Frederica St,    Owensboro, KY 42301)
15890471  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,    Cardmember Service,    PO Box 6352,    Fargo, ND 58125-6352)
15890470  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
16940827  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16627176      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2011 00:38:55
            American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
            Oklahoma City, OK  73124-8840
16924428      E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2011 00:40:07     Capital Recovery IV LLC,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15890445      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2011 00:39:42     Discover Card,    PO Box 30943,
            Salt Lake City, UT 84130
15890444      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2011 00:40:06     Dick’s Sporting Goods,
            GE Money Bank,    PO Box 981127,    El Paso, TX 79998-1127
16606904      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2011 00:39:42     Discover Bank,
            Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16999555      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2011 00:40:06     GE Money Bank,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15890447     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2011 00:40:06     GE Money Bank/JC Penney,
            Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
15890448     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2011 00:40:06     GE Money Bank/Sam’s Club,
            Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
15890449     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2011 00:40:06     GE Money Bank/Sam’s Club Discover,
            Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
15890457     +E-mail/Text: brenden.magnino@mcmcg.com Jul 26 2011 00:23:54     Midland Credit Management,
            Dept. 12421,    P.O. Box 603,    Oaks, PA 19456-0603
15890462     +E-mail/Text: BKProcessing@ssiincusa.com Jul 26 2011 00:25:51     Oxford Management Services,
            4180 Okeechobee Road,    Fort Pierce, FL 34947-5404
                                                                                                TOTAL: 11
```

```
District/off: 0752-3          User: cbachman            Page 2 of 2              Date Rcvd: Jul 25, 2011
                              Form ID: pdf006           Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,   P O Box 2903,   Rockford, IL   61132-2903
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2011**                          **Signature:** *Joseph Speetjens*