AMENDED

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73674
Case Name: VALDIVIESO, IVAN S
             VALDIVIESO, SONJA D
Trustee Name: DANIEL M. DONAHUE

    Balance on hand                                 $        36,169.65

    Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 4,370.02 | $ 0.00 | $ 4,370.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,014.00 | $ 0.00 | $ 2,014.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 112.70 | $ 0.00 | $ 112.70 |

    Total to be paid for chapter 7 administrative expenses     $       6,496.72

    Remaining Balance                                     $      29,672.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,707.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Orange Lake Capital Management | $ 561.79 | $ 0.00 | $ 206.55 |
| 000002 | Discover Bank | $ 633.91 | $ 0.00 | $ 233.06 |
| 000003 | Discover Bank | $ 642.58 | $ 0.00 | $ 236.25 |
| 000004 | American Infosource Lp As Agent for | $ 9,650.80 | $ 0.00 | $ 3,548.21 |
| 000005 | Chase Bank USA, N.A. | $ 23,626.15 | $ 0.00 | $ 8,686.39 |
| 000006 | US BANK N.A. | $ 10,266.16 | $ 0.00 | $ 3,774.46 |
| 000007 | Chase Bank USA, N.A. | $ 17,587.78 | $ 0.00 | $ 6,466.33 |
| 000008 | Capital Recovery IV LLC | $ 2,707.23 | $ 0.00 | $ 995.34 |
| 000009 | US Bank N.A. | $ 5,531.00 | $ 0.00 | $ 2,033.53 |
| 000010 | US Bank N.A. | $ 3,031.25 | $ 0.00 | $ 1,114.47 |
| 000011 | US Bank N.A. | $ 702.89 | $ 0.00 | $ 258.42 |
| 000012 | US Bank N.A. | $ 366.00 | $ 0.00 | $ 134.56 |
| 000013 | US Bank N.A. | $ 54.39 | $ 0.00 | $ 20.00 |
| 000014 | Rockford Mercantile Agency Inc | $ 1,229.32 | $ 0.00 | $ 451.97 |
| 000015 | GE Money Bank | $ 1,407.04 | $ 0.00 | $ 517.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | GE Money Bank | $ 2,709.22 | $ 0.00 | $ 996.08 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 29,672.93 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE