UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VALDIVIESO, IVAN S | § | Case No. 10-73674 |
| VALDIVIESO, SONJA D | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                   Claims Discharged
                                                                                                            Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DANIEL M. DONAHUE _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Dick's Sporting Goods GE Money Bank PO Box 981127 El Paso, TX 79998-1127 |  |  |  |  |  |
|  | Ogle County Treasurer Office P O Box 40 Oregon, IL 61061 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ogle County Treasurer Office P O Box 40 Oregon, IL 61061 | | | | | |
| | Orange Lake Capital Management 8505 W Irlo Bronson Memorial Hwy Kissimmee, FL 34747 | | | | | |
| | US Bank 4801 Frederica St Owensboro, KY 42301 | | | | | |
| 000001B | ORANGE LAKE CAPITAL MANAGEMENT | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFSCME Mastercard PO Box 80027 Salinas, CA 93912-0027 | | | | | |
| | Bill Me Later PO Box 2394 Omaha, NE 68103-2394 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firstsource Financial Solutions Inc PO Box 025437 Miami, FL 33102-5437 | | | | | |
| | GE Money Bank/Sam's Club Discover Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Glenwood Center 2823 Glenwood Avenue Rockford, IL 61101 | | | | | |
| | HSBC Card Services PO Box 80026 Salinas, CA 93912-0026 | | | | | |
| | Infinity Healthcare Physicians 111 E. Wisconsin Avenue - Ste. 2000 Milwaukee, WI 53202 | | | | | |
| | Midland Credit Management Dept. 12421 P.O. Box 603 Oaks, PA 19456 | | | | | |
| | Sears MasterCard PO Box 6282 Sioux Falls, SD 57117-6282 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish American Hospital PO Box 4448 Rockford, IL 61110-0948 | | | | | |
| | Swedish American Medical Group 2550 Charles Street PO Box 1567 Rockford, IL 61108-1673 | | | | | |
| | US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000015 | GE MONEY BANK | | | | | |
| 000016 | GE MONEY BANK | | | | | |
| 000001A | ORANGE LAKE CAPITAL MANAGEMENT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | ROCKFORD MERCANTILE AGENCY INC | | | | | |
| 000006 | US BANK N.A. | | | | | |
| 000009 | US BANK N.A. | | | | | |
| 000010 | US BANK N.A. | | | | | |
| 000011 | US BANK N.A. | | | | | |
| 000012 | US BANK N.A. | | | | | |
| 000013 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-73674 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | VALDIVIESO, IVAN S | | | Date Filed (f) or Converted (c): | 07/23/10 (f) |
| | VALDIVIESO, SONJA D | | | 341(a) Meeting Date: | 09/07/10 |
| For Period Ending: | 10/11/11 | | | Claims Bar Date: | 03/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 211 Mulberry Lane, Dixon IL 61021 | 136,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Adjacent 1/2 acre lot | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Stillman Bank - checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Select Employee CU - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Select Employee CU - savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Normal complement of household goods | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Wedding rings and misc jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Digital pocket camera | 10.00 | 0.00 | DA | 0.00 | FA |
| 10. Weight set | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Term insurance though employer | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. Protective Life - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. Protective Life - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 14. SERS - employee deferred compensation | 42,500.00 | 0.00 | DA | 0.00 | FA |
| 15. SERS - employee defined benefit pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. American Express - penny stock | 150.00 | 0.00 | DA | 0.00 | FA |
| 17. 1999 Mazda 626 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18. 2001 Chevy Blazer | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 1 dog, 2 cats | 25.00 | 0.00 | DA | 0.00 | FA |
| 20. Orange Lake, FL - timeshare | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 21. Decedent estate (u) | Unknown | 36,197.60 | | 36,197.60 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.03 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $198,888.00 | $36,197.60 | | $36,200.63 | $0.00 |

(Total Dollar Amount in Column 6)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-73674    MLB    Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | VALDIVIESO, IVAN S | Date Filed (f) or Converted (c): | 07/23/10 (f) |
| | VALDIVIESO, SONJA D | 341(a) Meeting Date: | 09/07/10 |
| | | Claims Bar Date: | 03/25/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 08/01/11         Current Projected Date of Final Report (TFR): 08/01/11

Case 10-73674 Doc 41 Filed 10/25/11 Entered 10/25/11 10:37:26 Desc Main
Document Page 11 of 14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-73674 -MLB  
Case Name: VALDIVIESO, IVAN S  
VALDIVIESO, SONJA D  
Taxpayer ID No: *******0355  
For Period Ending: 10/11/11

Trustee Name: DANIEL M. DONAHUE  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******3370 Money Market Account (Interest Earn  
Blanket Bond (per case limit): $ 1,500,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/10 | 21 | SONJA VALDIVIESO | DECEDENT ESTATE - CD | 1229-000 | 5,000.64 | | 5,000.64 |
| 12/23/10 | 21 | SONJA VALDIVIESO | DECEDENT ESTATE - CD | 1229-000 | 31,196.96 | | 36,197.60 |
| 12/31/10 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 36,197.75 |
| 01/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 36,198.67 |
| 02/28/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 36,198.95 |
| 03/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,199.26 |
| 04/29/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,199.55 |
| 05/31/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,199.87 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 30.98 | 36,168.89 |
| | | 701 POYDRAS ST., STE. 420 | TERM: 06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,169.19 |
| 07/29/11 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,169.49 |
| 08/16/11 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 36,169.65 |
| 08/16/11 | | Transfer to Acct #*******3891 | Final Posting Transfer | 9999-000 | | 36,169.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 36,200.63 | 36,200.63 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 36,169.65 | |
| Subtotal | | 36,200.63 | 30.98 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 36,200.63 | 30.98 | |

Page Subtotals   36,200.63   36,200.63

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-73674 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | VALDIVIESO, IVAN S | Bank Name: BANK OF AMERICA, N.A. |
| | VALDIVIESO, SONJA D | Account Number / CD #: *******3891 GENERAL CHECKING |
| Taxpayer ID No: | *******0355 | |
| For Period Ending: | 10/11/11 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******3370 | Transfer In From MMA Account | 9999-000 | 36,169.65 | | 36,169.65 |
| 08/17/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 4,370.02 | 31,799.63 |
| 08/17/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,014.00 | 29,785.63 |
| 08/17/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 112.70 | 29,672.93 |
| 08/17/11 | 000103 | Orange Lake Capital Management<br>8505 W Irlo Bronson Memorial Hwy<br>Kissimmee, FL 34747 | Claim 000001A, Payment 36.8% | 7100-000 | | 206.55 | 29,466.38 |
| 08/17/11 | 000104 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 36.8% | 7100-000 | | 233.06 | 29,233.32 |
| 08/17/11 | 000105 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 36.8% | 7100-000 | | 236.25 | 28,997.07 |
| 08/17/11 | 000106 | American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000004, Payment 36.8% | 7100-000 | | 3,548.21 | 25,448.86 |
| 08/17/11 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 36.8% | 7100-000 | | 8,686.39 | 16,762.47 |
| 08/17/11 | 000108 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000006, Payment 36.8% | 7100-000 | | 3,774.46 | 12,988.01 |
| 08/17/11 | 000109 | Chase Bank USA, N.A. | Claim 000007, Payment 36.8% | 7100-000 | | 6,466.33 | 6,521.68 |

Page Subtotals     36,169.65     29,647.97

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Case 10-73674  Doc 41  Filed 10/25/11  Entered 10/25/11 10:37:26  Desc Main
Document      Page 13 of 14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-73674 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VALDIVIESO, IVAN S | Bank Name: | BANK OF AMERICA, N.A. |
|  | VALDIVIESO, SONJA D | Account Number / CD #: | *******3891 GENERAL CHECKING |
| Taxpayer ID No: | *******0355 |  |  |
| For Period Ending: | 10/11/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/11 | 000110 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 36.8% | 7100-000 |  | 995.34 | 5,526.34 |
| 08/17/11 | 000111 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000009, Payment 36.8% | 7100-000 |  | 2,033.53 | 3,492.81 |
| 08/17/11 | 000112 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000010, Payment 36.8% | 7100-000 |  | 1,114.47 | 2,378.34 |
| 08/17/11 | 000113 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000011, Payment 36.8% | 7100-000 |  | 258.42 | 2,119.92 |
| 08/17/11 | 000114 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000012, Payment 36.8% | 7100-000 |  | 134.56 | 1,985.36 |
| 08/17/11 | 000115 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000013, Payment 36.8% | 7100-000 |  | 20.00 | 1,965.36 |
| 08/17/11 | 000116 | Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford Illinois 61108 | Claim 000014, Payment 36.8% | 7100-000 |  | 451.97 | 1,513.39 |
| 08/17/11 | 000117 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000015, Payment 36.8% | 7100-000 |  | 517.31 | 996.08 |
| 08/17/11 | 000118 | GE Money Bank<br>c/o Recovery Management Systems Corporat | Claim 000016, Payment 36.8% | 7100-000 |  | 996.08 | 0.00 |

Page Subtotals  0.00  6,521.68

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-73674 -MLB |
| Case Name: | VALDIVIESO, IVAN S |
| | VALDIVIESO, SONJA D |
| Taxpayer ID No: | *******0355 |
| For Period Ending: | 10/11/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3891 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 36,169.65 | 36,169.65 | 0.00 |
| Less: Bank Transfers/CD's | 36,169.65 | 0.00 | |
| Subtotal | 0.00 | 36,169.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 36,169.65 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3370 | 36,200.63 | 30.98 | 0.00 |
| GENERAL CHECKING - ********3891 | 0.00 | 36,169.65 | 0.00 |
| | 36,200.63 | 36,200.63 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*